IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIGH VALLEY INVESTMENTS, LLC, *et al.*,[1] | Case No. 23-11616 (TMH) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 196 |

**ORDER, PURSUANT TO BANKRUPTCY RULES 9006 AND 9027, EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452**

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order extending the period within which the Debtors may remove Actions pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: High Valley Investments, LLC (6995); Bethel Road Partners, LLC (5488); Edwards Estate Vineyards, LLC (7304); Kimberly Gardens, LLC (6393); Collins Park Acreage, LLC (6988); Cross Creek Land, LLC (0875); Portland Avenue Business Park, LLC (1732); Chelsea Park Associates, LLC (6389); Midland Self-Storage, LLC (6824); Bay Hill Terrace, LLC (4144); Bird Drive Partners, LLC (9827); Lupine Road Partners, LLC (5498); North Leadville, LLC (7771); Big Wood Partners, LLC (9037); Hudson River PFTC, LLC (7784); 680 North Leadville LLC (3763); and J. Scott Construction, Inc. (4875). For purposes of these chapter 11 cases, the debtors' service address is 1830 112th St. E., Suite F, Tacoma, WA 98445-3747.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

31089549.1

Motion and the hearing thereon having been given as set forth in the Motion; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their creditors, their estates, and all other parties in interest; and after due deliberation and sufficient cause, therefore

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Current Removal Deadline established by Bankruptcy Rule 9027(a)(2)(A) is hereby extended through and including March 25, 2024 (the "**Removal Deadline**").

3. This Order is without prejudice to the Debtors' rights to: (a) seek further extension of the Removal Deadline; or (b) remove one or more Actions on a date later than the Removal Deadline to the extent permitted by Bankruptcy Rule 9027.

4. The notice of the Motion as provided therein shall be deemed good and sufficient notice.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: January 9th, 2024**  
**Wilmington, Delaware**

**THOMAS M. HORAN**  
**UNITED STATES BANKRUPTCY JUDGE**

31089549.1